**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| ERVIN MIDDLETON, | 2:12-cv-02012-LRH-VCF |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| CCB CREDIT SERVICES, INC., | |
| Defendant. | |

Before the Court is *Ervin Middleton v. CCB Credit Services, Inc.*, case no. 2:12-cv-02012-LRH-VCF.

Due to a conflict on the Court's calendar,

IT IS HEREBY ORDERED that the settlement conference scheduled for 10:00 a.m., September 30, 2013 is moved to 11:30 a.m. on the same date.

DATED this 23rd day of August, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE