**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ERVIN MIDDLETON, | 2:12-cv-02012-LRH-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| CCB CREDIT SERVICES, INC., | |
| Defendant. | |

Before the court is *Ervin Middleton v. CCB Credit Services, Inc.*, case no. 2:12-cv-02012-LRH-VCF.

On September 23, 2013, Defendant CCB Credit Services, Inc. filed a Request for Continuance of September 30, 2013 Settlement Conference (#30). Defendant requests that the settlement conference set for September 30, 2013 be continued for approximately 45 days, or to a date convenient with the Court's calendar after the Court has issued its ruling on Defendant's pending motion for summary judgment. Defendant asserts that their Motion for Summary Judgment has merit and may eliminate the need for a settlement conference. Defendant states that they are "not in a position to make further settlement offers to Plaintiff at this time." *Id.*

The court finds that Defendant has given sufficient reasons to continue the settlement conference.

Accordingly,

1 　　　IT IS HEREBY ORDERED that the Request for Continuance of September 30, 2013 Settlement
2 Conference (#30) is GRANTED.
3 　　　IT IS FURTHER ORDERED that the settlement conference scheduled for September 30, 2013 is
4 continued to 10:00 a.m., January 22, 2014.  Confidential statements are due January 15, 2014 and all
5 else as stated in the Order scheduling the settlement conference (#23) remains in unchanged.
6 　　　IT IS FURTHER ORDERED that the Request for Permission for Telephonic Appearance by
7 Defendant's President and Insurance Adjuster at the September 30, 2013 Settlement Conference (#31) is
8 DENIED as MOOT.
9 　　　DATED this 24th day of September, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE