1

2                    **UNITED STATES DISTRICT COURT**

3                        **DISTRICT OF NEVADA**

4                                   ***

5

6

7    ERVIN MIDDLETON,                    2:12-cv-02012-LRH-VCF

8                    Plaintiff,          **ORDER**

9    vs.

10   CCB CREDIT SERVICES, INC.,

11                   Defendant.

12

13        Before the court are Defendant's Request for Continuance of January 22, 2014 Settlement

14   Conference (#34) and Request for Permission for Telephonic Appearance by Defendant's President and

15   Insurance Adjuster at the January 22, 2014 Settlement Conference (#35).

16        Defendant requests that the settlement conference set for January 22, 2014 be continued for

17   approximately 90 days, or to a date convenient with the Court's calendar after the Court has issued its

18   ruling on Defendant's pending Motion for Summary Judgment.  Defendant asserts that its Motion for

19   Summary Judgment has merit and may eliminate the need for a settlement conference.  Defendant states

20   that they are "not in a position to make further settlement offers to Plaintiff at this time." *Id.*

21        On January 8, 2014, calendar call and trial were vacated due to the pending Motion for Summary

22   Judgment.  (#33).  In light of the pending Motion for Summary Judgment and Defendant's reasons to

23   continue the settlement conference, the Court will reschedule the settlement conference after the ruling

24   on the pending Motion for Summary Judgment.

25

Accordingly,

IT IS HEREBY ORDERED that the settlement conference scheduled for January 22, 2014 is VACATED.

IT IS FURTHER ORDERED that Defendant's Request for Continuance of January 22, 2014 Settlement Conference (#34) and Request for Permission for Telephonic Appearance by Defendant's President and Insurance Adjuster at the January 22, 2014 Settlement Conference (#35) are DENIED as MOOT.

IT IS FURTHER ORDERED that if the ruling on the pending Motion for Summary Judgment does not resolve the case in its entirety then the parties must contact chambers to reschedule the settlement conference.

DATED this 14th day of January, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE